COMMERCIAL UNION INSURANCE COMPANIES, PLAINTIFF-RESPONDENT, v. CHUBB GROUP OF INSURANCE COMPANIES, DEFENDANT-APPELLANT.

Argued October 21, 1985—Decided November 14, 1985.

*James T. O'Halloran* argued the cause for appellant (*Tompkins, McGuire & Wachenfeld,* attorneys; *William L'E. Wertheimer,* of counsel).

*Lawrence D. Smith* argued the cause for respondent (*Hein, Smith & Berezin,* attorneys).

PER CURIAM.

The judgment of the Appellate Division, 194 *N.J.Super.* 69, is reversed and the judgment of the trial court reinstated substantially for the reasons expressed in the dissenting opinion of Judge Brody, reported at 194 *N.J.Super.* 80.

*For reversal* —Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For affirmance*—None.